443 A.2d 375

Commonwealth v. Washington, Appellant.

Argued November 5, 1981. George Gershenfeld, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Affirmed.

443 A.2d 375

Commonwealth v. Watson, Appellant.

Argued December 14, 1981. Edward A. Savastio, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order of court affirmed.